**Order entered December 30, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01214-CV

### STRUCSURE HOME WARRANTY, LLC, Appellant

### V.

### 2RH BROTHERS PROPERTIES, LLC, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-13529**

## ORDER

Before the Court is appellee's December 23, 2022 unopposed motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **January 20, 2023**.

/s/     KEN MOLBERG
JUSTICE